Harry Morgan et al., Appellees, v. Local 1150, United Electrical, Radio and Machine Workers of America et al., Appellants.

Gen. No. 43,600.

opinion filed December 31, 1946; rehearing denied April 2, 1947; released for publication April 2, 1947. Allen Heald and Irving Krane, for appellants; William J. Grace, for appellees. Opinion by JUSTICE FRIEND. Not to be published in full.

Alice Campo, Appellant, v. Reuel H. Grunewald et al., Appellees.

Gen. No. 43,610.

opinion filed February 20, 1947; rehearing denied April 3, 1947; released for publication April 3, 1947. Harold Omar Mulks, for appellant; Reuel H. Grunewald *pro se*, Robert F. Kolb, and Francis M. Cooper, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.